1  JONATHAN S. KITCHEN (STATE BAR NO. 80270)
   COX, CASTLE & NICHOLSON LLP
2  555 Montgomery Street
   Fifteenth Floor
3  San Francisco, CA  94111-2585
   Telephone:  (415) 392-4200
4  Facsimile:  (415) 392-4250
   Email: jkitchen@coxcastle.com
5
   Attorneys for Defendant
6  Power Plaza, LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>FRESH CHOICE, LLC dba FRESH CHOICE;<br>POWER PLAZA, LLC,<br><br>　　　　　Defendants. | Case No. 2:06-cv-01536-FCD-KJM<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND TIME TO RESPOND TO COMPLAINT** |

　　　　　WHEREAS Defendant Power Plaza, LLC, has requested, and Plaintiff, through his attorneys, has agreed to grant a further short extension of the time for Defendant Power Plaza, LLC to answer or otherwise respond to the Complaint in this matter, so as to allow Plaintiff and Defendant to memorialize a settlement between them,

　　　　　NOW THEREFORE it is hereby stipulated and agreed by Plaintiff that Defendant Power Plaza, LLC shall have to and including Wednesday, October 11, 2006, to answer or otherwise respond to the Complaint.

///

///

///

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO

CASE NO. 2:06-CV-01536-FCD-KJM
STIPULATION AND ORDER TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT

This is the second extension of time requested by or granted to this defendant.

DATED:  September 27, 2006           DISABLED ADVOCACY GROUP, APLC


By  /s/ Lynn Hubbard, III
    Lynn Hubbard, III
    Attorneys for Plaintiff Ronald Wilson

DATED:  September 27, 2006           COX, CASTLE & NICHOLSON LLP


By  /s/ Jonathan S. Kitchen
    Jonathan S. Kitchen
    Attorneys for Defendant Power Plaza, LLC


IT IS SO ORDERED.

DATED:  September 28, 2006           By: /s/ Frank C. Damrell Jr           .
    United States District Judge

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

- 2 -

CASE NO. 2:06-CV-01536-FCD-KJM
STIPULATION AND ORDER TO FURTHER EXTEND
TIME TO RESPOND TO COMPLAINT