SCOTTLYNN J HUBBARD, IV, SBN 212970
LYNN HUBBARD, III SBN 69773
**DISABLED ADVOCACY GROUP, APLC**
12 WILLIAMSBURG LANE
CHICO, CA. 95926
Telephone:  (530) 895-3252
Facsimile:    (530) 894-8244

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| RONALD WILSON,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>FRESH CHOICE, LLC, et al.,<br><br>　　　Defendants. | No. CIV.S 06-01536-FCD-KJM<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND ORDER** |

TO THE COURT AND ALL PARTIES:

　　　Plaintiff, RONALD WILSON, requests the Court dismiss the above entitled action, with prejudice, as to Defendant POWER PLAZA, LLC.  Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant POWER PLAZA, LLC.

Dated:  November 16, 2006　　　DISABLED ADVOCACY GROUP, APLC

　　　　　　　　　　　　　　　　　　 /s/ Lynn Hubbard, III
　　　　　　　　　　　　　　　　　　LYNN HUBBARD, III
　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

## ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-06-01536-FCD-KJM, is hereby dismissed with prejudice **as to defendant POWER PLAZA, LLP only.**

Dated: November 16, 2006

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE