LYNN HUBBARD, III, SBN 69773
SCOTTLYNN J HUBBARD IV, SBN 212970
DISABLED ADVOCACY GROUP, APLC
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Fax:  (530) 894-8244

Attorneys for Plaintiff

RHONDA NELSON, SBN 116043
CODY JAFFE, SBN 215301
SEVERSON & WERSON
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Fax: (415) 956-0439

Attorneys for Defendant Fresh Choice, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD WILSON, | Case No. CIV. S-06-01536 FCD-KJM |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| FRESH CHOICE, LLC dba FRESH CHOICE; POWER PLAZA, LLC, | |
| Defendant. | |

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, RONALD WILSON, and defendant, FRESH CHOICE, LLC dba FRESH CHOICE, and pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereby request that all parties be dismissed with prejudice from the above-entitled action.

Dated: November 29, 2006          DISABLED ADVOCACY GROUP, APLC


                                  /s/ Lynn Hubbard, III
                                  LYNN HUBBARD, III
                                  Attorney for Plaintiff

Stipulation of Dismissal and Order Thereon                                  Wilson v. Fresh Choice, et al.
                                                                            CIV. S-06-01536-FCD-KJM

1
2  Dated: November 27, 2006                SEVERSON & WERSON
3
4                                          /s/ Rhonda Nelson
                                           RHONDA NELSON
5                                          Attorneys for Defendant Fresh Choice, LLC
6
7
                                    **ORDER**
8
       IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No.
9
   CIV.S-06-01536-FCD-KJM, is hereby dismissed with prejudice.
10
11
   Dated: November 29, 2006
12
13
14
                                _____
15                              FRANK C. DAMRELL, JR.
16                              UNITED STATES DISTRICT JUDGE
17
18
19
20
21
22
23
24
25
26
27
28